**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LAUREN BIEGEL, GREG MARONEY, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>BLUE DIAMOND GROWERS,<br><br>Defendant. | Case No.: 7:20-cv-03032-CS<br><br>ECF Case |

**NOTICE OF DEFENDANT BLUE DIAMOND GROWERS'**
**MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

**PLEASE TAKE NOTICE** that upon the Declaration of Colleen Michelle Gulliver, dated December 18, 2020, the exhibits attached thereto, and the accompanying Memorandum of Law in Support of Defendant Blue Diamond Growers' Motion to Dismiss the First Amended Complaint (the "Memorandum of Law"), defendant Blue Diamond Growers ("BDG"), by and through its attorneys, DLA Piper LLP (US), will move before the Honorable Cathy Seibel, United States District Judge of the United States District Court, Southern District of New York, at The Honorable Charles L. Brieant Jr. Federal Building and United States Courthouse, 300 Quarropas St., White Plains, New York 10601, on a date and at a time designated by the Court, for an Order pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the plaintiffs' First Amended Complaint, filed November 20, 2020 (Dkt. No. 18), with prejudice. The grounds upon which BDG seeks relief are set forth in detail in the accompanying Memorandum of Law.

**PLEASE TAKE FURTHER NOTICE** that BDG will submit a letter in accordance with Your Honor's Individual Practices requesting oral argument on this Motion.

Dated: December 18, 2020				**DLA Piper LLP (US)**

				*/s/ Colleen Carey Gulliver*
				Colleen Carey Gulliver
				Rachael C. Kessler
				Negin Hadaghian
				1251 Avenue of the Americas
				New York, New York 10020-1104
				Phone: (212) 335-4500
				Fax: (212) 335-4501
				Email: colleen.gulliver@us.dlapiper.com
						rachael.kessler@us.dlapiper.com
						negin.hadaghian@us.dlapiper.com

				Stefanie J. Fogel*
				33 Arch Street, 26th Floor
				Boston, Massachusetts 02110-1447
				Phone: (617) 406-6053
				Fax: (215) 606-3364
				Email: stefanie.fogel@us.dlapiper.com

				*  *pro hac vice* application to be filed