# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAUREN BIEGEL, GREG MARONEY, individually and on behalf of all others similarly situated, | CASE NO. 7:20-cv-03032-CS |
| Plaintiffs, | **DECLARATION OF AMY L. LECHNER OF ANGEION GROUP RE: CAFA NOTICE** |
| vs. | |
| BLUE DIAMOND GROWERS, | |
| Defendant. | |

I, Amy L. Lechner, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.    I am a project manager at the class action notice and settlement administration firm Angeion Group, LLC ("Angeion"). I am fully familiar with the facts contained herein based upon my personal knowledge.

2.    On April 29, 2021, as required under the Class Action Fairness Act, 28 U.S.C. § 1715 ("CAFA"), Angeion disseminated a Notice of Class Action Settlement to all appropriate Federal and State officials.

3.    A CAFA notice letter with a CD-ROM of enclosure documents was sent to 49 State Attorneys General and the U.S. Attorney General via United States Postal Service - Priority Mail, and to the New York State Attorney General via FedEx Standard Overnight. A copy of the CAFA Notice letter is attached hereto as Exhibit A.

4.    As of the date of this declaration, Angeion has received no response to the CAFA notices from any Federal or State official.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: May 5, 2021

_____

Amy L. Lechner

# Exhibit A



1650 Arch Street, Suite 2210
Philadelphia, PA 19103
www.angeiongroup.com
215.563.4116 (P)
215.525.0209 (F)

April 29, 2021

VIA USPS PRIORITY MAIL

United States Attorney General &
Appropriate Officials

**Re:**     **Notice of Class Action Settlement**
             *Biegel et al. v. Blue Diamond Growers*

Dear Counsel or Official:

Angeion Group, an independent claims administrator, on behalf of the defendant in the below-described action, hereby provides your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of the following proposed class action settlement:

> **Case Name:** *Biegel et al. v. Blue Diamond Growers*
> **Index Number:** 7:20-cv-03032
> **Jurisdiction:** United States District Court, Southern District of New York
> **Date Settlement Filed with Court:** April 19, 2021

In accordance with the requirements of 28 U.S.C. § 1715, please find copies of the following documents associated with this action on the enclosed CD-ROM:

1. **28 U.S.C. § 1715(b)(1)-Complaint:** *Class Action Complaint* filed with the Court on April 15, 2020; *First Amended Class Action Complaint* filed with the Court on November 20, 2020; *Second Amended Class Action Complaint* filed with the Court on April 19, 2021.

2. **28 U.S.C. § 1715(b)(2)-Notice of Any Scheduled Judicial Hearings:** The are no judicial hearings currently scheduled.

3. **28 U.S.C. § 1715(b)(3)-Notification to Class Members:** The *Long Form Notice* and *Publication Notice* filed with the Court on April 19, 2021.

4. **28 U.S.C. § 1715(b)(4)-Class Action Settlement Agreement:** *Settlement Agreement* filed with the Court on April 19, 2021. *Plaintiffs' Unopposed Notice of Motion and Motion for Preliminary Approval of Class Action Settlement, Preliminary Certification of Settlement, and Approval of Notice Plan*, as well as the *Memorandum of Law in Support of Plaintiffs' Unopposed Motion* filed with the Court on April 19, 2021, are also included on the enclosed CD-ROM.

5. **28 U.S.C. § 1715(b)(5)-Any Settlement or Other Agreements:**  Other than the *Settlement Agreement*, no other settlements or other agreements have been contemporaneously made between the Parties.

6. **28 U.S.C. § 1715(b)(6)-Final Judgment:**  The Court has not issued a Final Judgment or notice of dismissal as of the date of this CAFA Notice.

7. **28 U.S.C. § 1715(b)(7)(B)-Estimate of Class Members:**  Given that the Products that are the subject matter of the Litigation are sold throughout the United States, Class Members may be domiciled anywhere in the United States. The estimated proportional share of the Settlement benefits is not available at this time, as it is contingent on the Class Member submission of a claim form.

8. **28 U.S.C. §1715(b)(8)-Judicial Opinions Related to the Settlement:**  The Court has not issued a judicial opinion related to the Settlement at this time. The *[Proposed] Order Granting Preliminary Approval of Settlement, Approval of Form Notice, and Scheduling of Final Approval Hearing* is included on the enclosed CD-ROM.

If you have questions or concerns about this notice, the proposed settlement, or the enclosed materials, or if you did not receive any of the above-listed materials, please contact this office.

Sincerely,

Angeion Group
1650 Arch Street, Suite 2210
Philadelphia, PA  19103
(p) 215-563-4116
(f)  215-563-8839

**Enclosures**