UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
LAUREN BIEGEL, GREG MARONEY, RYAN
COSGROVE, CLIVE RHODEN, STEPHEN BRADSHAW,
ANGELA FARVE and CHRISTINA HENDERSON,
individually and on behalf of all others similarly situated,   No. 20-CV-3032 (CS)

                        Plaintiffs,   **ORDER**

    – against –

BLUE DIAMOND GROWERS,

                        Defendant.
------------------------------------------------------------------------x

Seibel, J.

      By no later than September 1, 2021, Plaintiffs' attorneys shall submit their time sheets (which can be ex parte) showing, for each attorney, the date of service, the hours expended, and the nature of the work performed.  By that same date, Plaintiffs' attorneys shall calculate and submit what percentage of the $2 million fund has been claimed so far and what they project will be claimed all together (and the basis for that projection).

**SO ORDERED.**

Dated: August 18, 2021
       White Plains, New York

                                          _____
                                          CATHY SEIBEL, U.S.D.J.