UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Lauren Biegel, Greg Maroney, Ryan Cosgrove, Clive Rhoden, Stephen Bradshaw, Angela Farve and Christina Henderson, individually and on behalf of all others similarly situated, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br> v.<br><br>Blue Diamond Growers,<br><br>      Defendant. | Case No. 7:20-cv-03032-CS<br><br>**PLAINTIFFS' NOTICE OF RENEWED UNOPPOSED MOTION FOR AWARD OF ATTORNEYS' FEES TO CLASS COUNSEL** |

**TO ALL INTERESTED PARTIES:**

Plaintiffs[1] Lauren Biegel ("Biegel"), Greg Maroney ("Maroney"), Ryan Cosgrove ("Cosgrove"), Clive Rhoden ("Rhoden"), Stephen Bradshaw ("Bradshaw"), Angela Farve ("Farve"), and Christina Henderson ("Henderson") respectfully provide notice that on March 2, 2022 at 11:15 a.m. they will move before the Honorable Cathy Seibel at the United States District Court for the Southern District Court of New York in Courtroom 621 at 300 Quarropas Street, White Plains, New York for an Order awarding attorneys' fees to class counsel.

In support of this renewed unopposed Motion, Plaintiffs rely on the attached Memorandum of Law in Support of Plaintiffs' Renewed Unopposed Motion for Award of Attorneys' Fees to Class Counsel; the Declaration of Michael R. Reese in Support of the Renewed Unopposed Motion for Award of Attorneys' Fees to Class Counsel; the Declaration of Spencer Sheehan in Support of Renewed Unopposed Motion for Award of Attorneys' Fees to Class Counsel; the Declaration of Kevin Laukaitis in Support of the Renewed Unopposed Motion for Award of Attorneys' Fees to Class Counsel; and their supporting exhibits, all documents filed therewith, and the arguments of counsel.

Respectfully submitted on this 14th of January, 2022

                                      **REESE LLP**

                                      By: *Michael R. Reese*_____

                                      Michael R. Reese
                                      100 West 93rd Street, 16th Floor
                                      New York, New York 10025

---

[1] Unless otherwise indicated, all capitalized terms have the same meaning as in the Settlement Agreement. (*See* Class Settlement Agreement, ECF No. 48-1.) References to "§ __" are to sections in the Settlement Agreement.

Telephone: (212) 643-0500
Facsimile:  (212) 253-4727
Email: *mreese@reesellp.com*

**SHUB LAW FIRM LLC**
Kevin Laukaitis
134 Kings Hwy. E., 2nd Floor
Haddonfield, New Jersey 08033
Telephone: (856) 772-7200
Facsimile: (856) 210-9088
Email:  *klaukaitis@shublawyers.com*

**SHEEHAN & ASSOCIATES, P.C.**
Spencer Sheehan
505 Northern Blvd Ste 311
Great Neck, New York 11021-5101
Telephone: (516) 303-0552
Email: *spencer@spencersheehan.com*

*Court Appointed Class Counsel*

**CERTIFICATE OF SERVICE**

    I, Michael R. Reese, hereby certify that on January 14, 2022, I caused an electronic copy of the foregoing document to be served on all counsel of record via the Court's CM/ECF system.

                                                         */s/ Michael R. Reese*
                                                         Michael R. Reese