UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
Lauren Biegel, Greg Maroney, Ryan Cosgrove, Clive Rhoden,
Stephen Bradshaw, Angela Farve and Christina Henderson,
individually and on behalf of all others similarly situated,

                              Plaintiffs,

    – against –

Blue Diamond Growers,

                              Defendant.
-------------------------------------------------------------------------x

**ORDER**

No. 20-cv-3032 (CS)

Seibel, J.

    For the reasons set forth on the record during today's Bench Ruling, attorneys' fees are awarded in the amount of $500,000.

**SO ORDERED.**

Dated:  March 10, 2022
          White Plains, New York

                                                        *Cathy Seibel*
                                             CATHY SEIBEL, U.S.D.J.